# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2024-2049

**Short Case Caption** Fraserview Remanufacturing Inc. v. United States

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2024-2049

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: 09/05/2024

Signature: /s/ Mathias Rabinovitch
Name: Mathias Rabinovitch
Party Name: United States

Date: 09/05/2024

Signature: /s/ Heather Jacobson
Name: Heather Jacobson
Party Name: Fraserview Remanufacturing Inc.

[ ] Additional pages attached