NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FRASERVIEW REMANUFACTURING INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, CHRISTOPHER MAGNUS, Commissioner of U.S. Customs and Border Protection,**
*Defendants-Appellants*

2024-2049

Appeal from the United States Court of International Trade in No. 1:22-cv-00244-TMR, Judge Timothy M. Reif.

**O R D E R**

Upon consideration of Fraserview Remanufacturing Inc.'s and the United States's joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 1, 2024
   Date

ISSUED AS A MANDATE:  October 1, 2024